# EXHIBIT C

**Victor A. Carr & Associates**
88 Second Street
Mineola, NY 11501
Telephone: 516-747-2478
Fax: 516-747-2574

October 18, 2024
Invoice No. 2253

DANIEL GARZA

EDDY CISNEROS

Matter Number: 4122377  GARZA v. BORENSTEIN CATERERS INC
**For Services Rendered Through 10/18/2024.**

## Fees

| Ticket # | Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 1 | 8/26/2022 | VIC | Initial consultation with Eddy Cisneros & Ruby, diary | 1.20 | $480.00 |
| 2 | 10/17/2022 | VIC | Initial consultation with Daniel Garza | 1.00 | $400.00 |
| 3 | 10/18/2022 | VIC | Conflicts check; setup file in system; setup diaries; initial Westlaw research "exempt employees" | 2.20 | $880.00 |
| 4 | 11/2/2022 | VIC | Draft & email retainer to Eddy Cisneros | 0.30 | $120.00 |
| 5 | 11/3/2022 | VIC | Setup form Verified Complaint in Wage & Hour Overtime case; Westlaw research | 3.40 | $1,360.00 |
| 6 | 11/3/2022 | VIC | Search Secretary of State & Internet to identify defendants; draft and mail initial claim letter | 0.50 | $200.00 |
| 7 | 11/23/2022 | VIC | Telephone conference with deft's atty; file review | 0.70 | $280.00 |
| 8 | 2/10/2023 | VIC | Review file; westlaw research; search court sebsite; obtain forms; draft & efile complaint | 6.20 | $2,480.00 |
| 9 | 2/11/2023 | VIC | Edit and revise complaint; draft verification; email to clients | 1.30 | $520.00 |
| 11 | 2/21/2023 | VIC | Receipt & review of email from client; reply | 0.40 | $160.00 |
| 12 | 2/23/2023 | VIC | Receipt & review of email from client; reply | 0.20 | $80.00 |
| 13 | 3/8/2023 | VIC | Receipt & review of court notice; re: cover sheet | 0.30 | $120.00 |
| 14 | 3/20/2023 | VIC | Receipt & review various emails from client and defense counsel; file review | 0.50 | $200.00 |
| 15 | 4/28/2023 | VIC | Receipt & review email from client; review pension provisions; research & reply | 0.70 | $280.00 |
| 16 | 5/10/2023 | VIC | Receipt & review email from client | 0.20 | $80.00 |
| 17 | 5/19/2023 | VIC | Telephone with Ruby Cisneros | 0.60 | $240.00 |
| 18 | 5/31/2023 | VIC | Receipt & review email from client | 0.20 | $80.00 |
| 19 | 8/24/2023 | VIC | Telephone with Daniel Garza; re- pension issues | 0.60 | $240.00 |
| 20 | 9/5/2023 | VIC | Receipt & review email from client | 0.20 | $80.00 |
| 21 | 10/11/2023 | VIC | Email from process server & reply | 0.40 | $160.00 |
| 10 | 10/13/2023 | VIC | Draft & e-file letter to Court with Affidavits of Service; draft & e-file Summons | 0.60 | $240.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | 10/17/2023 | VIC | | Receipt & review affidavits of service | 0.50 | $200.00 |
| 23 | 11/2/2023 | VIC | | Receipt & review of Defendants' Answer to Complaint | 0.80 | $320.00 |
| 24 | 12/4/2023 | VIC | | Receipt & review of email from defense counsel | 0.20 | $80.00 |
| 25 | 12/22/2023 | VIC | | Receipt & review of Scheduling Order, diary; file review | 0.40 | $160.00 |
| 27 | 12/27/2023 | VIC | | Begin set-up of Response to Scheduling Order | 1.00 | $400.00 |
| 28 | 1/5/2024 | VIC | | Draft Response to Scheduling Order, 1st draft; collate exhibits; email to clients | 2.40 | $960.00 |
| 29 | 1/8/2024 | VIC | | Emails to clients; finish Response to Scheduling Order & email | 1.70 | $680.00 |
| 30 | 2/22/2024 | VIC | | Receipt & review of emails from deft's atty; file review; research and compute damages | 2.90 | $1,160.00 |
| 31 | 3/4/2024 | VIC | | File review; re-compute damages calculation with pension; email and telephone with deft's atty | 2.60 | $1,040.00 |
| 32 | 3/15/2024 | VIC | | Teams conference with deft's attys & MD | 1.30 | $520.00 |
| 33 | 3/16/2024 | VIC | | Consult with pension experts; research pension plan docs & collective bargaining agreement; emails with deft's atty and clients | 2.00 | $800.00 |
| 34 | 3/19/2024 | VIC | | Receipt & review of pension plan documents from deft's atty; email to clients | 0.70 | $280.00 |
| 35 | 3/21/2024 | VIC | | Receipt & review of additional pension plan documents from deft's atty; scan and email to clients | 0.50 | $200.00 |
| 36 | 5/1/2024 | VIC | | Conference call with Mediator Barry Gold & Deft's attorney | 0.50 | $200.00 |
| 37 | 5/10/2024 | VIC | | Receipt & review of Mediation Agreement, sign & forward | 0.30 | $120.00 |
| 38 | 5/23/2024 | VIC | | Attendance at Mediation Hearing (all day) | 4.80 | $1,920.00 |
| 39 | 6/6/2024 | VIC | | Receipt & review of Cheeks letter motion from deft's atty; sign & return settlement documents | 1.00 | $400.00 |
| 40 | 10/11/2024 | VIC | | Receipt & review Memorandum and Order; emails & telephone with deft's atty | 0.80 | $320.00 |
| | | | | **Billable Hours / Fees:** | **46.10** | **$18,440.00** |

## Timekeeper Summary

Timekeeper VIC worked 46.10 hours at $400.00 per hour, totaling $18,440.00.

## Cost Detail

| ID | Date | Description | Amount |
|---|---|---|---|
| 29824 | 4/11/2023 | FILING FEE CC ck#7819 | $402.00 |
| 30029 | 10/24/2023 | Process Service - Servico ck#8034 | $92.00 |
| 30076 | 12/12/2023 | Summons & Complaint - Intercounty Judicial Services ck#8082 | $444.20 |
| 30261 | 7/10/2024 | Mediation/Arbitration Fees - Davis Wright Tremaine LLP ck#8283 | $612.50 |
| | | **Total Costs** | **$1,550.70** |

## Current Invoice Summary

|  |  |  |
|---:|---:|---:|
| Prior Balance: | $0.00 | |
| Payments Received: | $0.00 | |
| Unpaid Prior Balance: | $0.00 | |
| Current Fees: | $18,440.00 | |
| Advanced Costs: | $1,550.70 | |
| **SUBTOTAL AMOUNT DUE:** | $19,990.70 | |
| **COURTESY FEE REDUCTION:** | - 2,490.70 | |
| **TOTAL AMOUNT DUE:** | $17,500.00 | |
| **PAYABLE BY EDDY CISNEROS:** | | $8,750.00 |
| **PAYABLE BY DANIEL GARZA:** | | $8,750.00 |